IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     CASE NO. 1:07-cv-00131-MP-AK

2005 TOYOTA/SCION XB WAGON,
VIN NO. JTLKT324850190966,

    Defendant.

_____/

## DECREE OF FORFEITURE

This matter is before the Court on Doc. 8, Amended Motion for Forfeiture of Property, filed by the United States of America. On July 5, 2007, a Verified Complaint of Forfeiture In Rem against the Defendant, 2005 Toyota/Scion XB Wagon, VIN No. JTLKT324850190966, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the Defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. § 881(a)(4).

It appears that process was fully issued in this action according to law:

That a Notice of Action and Arrest was published in the Gainesville Sun, a newspaper of general circulation, on July 26, August 2, and August 9, 2007.

That Claimant, Justin Matthew Jones, has agreed to forfeit $6,500 in lieu of Defendant property, Toyota/Scion XB Wagon, VIN No. JTLKT324850190966.

That no other person or entity has filed a claim.

NOW THEREFORE, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

$6,500.00 IN U.S. CURRENCY shall be forfeited in lieu of the Defendant Toyota/Scion XB Wagon, VIN No. JTLKT324850190966, to the United States of America, and no right, title, or interest in the property shall exist in any other party. The Defendant property shall be disposed of according to law.

**DONE AND ORDERED** this   *28th* day of September, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
